Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 09–27096–GMB
                    Chapter:  7
                    Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Regina Glanzrock
  7 John Morton Building
  Turnersville, NJ 08012

Social Security No.:
  xxx–xx–3017

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Linda L. McMackin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 14, 2010</u>          <u>Gloria M. Burns</u>
                                    Judge, United States Bankruptcy Court